```
PATRICK L. FORTE
Attorney at Law
State Bar #80050
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328


Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                    Chapter 13

BENJAMIN MATTHEW GIBBS                    No. 08-41115 EDJ13
ALEXANDRA SUSSMAN GIBBS

                                          **CERTIFICATE OF SERVICE**

            Debtors.
_____/

   My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

   On June 13, 2008, I served the **MOTION FOR ASSUMPTION OF UNEXPIRED LEASE AND NOTICE OF DEADLINE TO REQUEST A HEARING**

on the below-named in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

```
MARTHA BRONITSKY     US TRUSTEE            AARON VITALE
TRUSTEE              1301 Clay St, #690N   VITAL PROPERTIES, LLC
P.O. Box 5004        Oakland, CA 94612     10835 San Pablo Ave.
Hayward, CA 94540                          Richmond, CA 94530
```

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Dated: June 13, 2008.
                                     /s/ Shirley Benesh
                                     _____
                                         Shirley Benesh

Page 1 of 1

Case: 08-41115   Doc# 18-1   Filed: 06/13/08   Entered: 06/13/08 15:39:20   Page 1 of 1